FLORIDA EAST COAST RAILWAY CO. *v.*
UNITED STATES ET AL.

No. 541.  Decided November 22, 1965.

*A. Alvis Layne* and *Fred H. Kent* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel* and *Robert W. Ginnane* for the United States et al.; *Prime F. Osborn* and *Phil C. Beverly* for Atlantic Coast Line Railroad Co.; and *William H. Maness* for A. Duda & Sons, Inc., et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.

KASHARIAN *v.* WILENTZ.

No. 672, Misc.  Decided November 22, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.